IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PAUL S. ROTELLA, ESQUIRE, and BONNIE ROTELLA, his wife, | : | No. 3:20cv966 |
| Plaintiffs | : | (Judge Munley) |
| v. | : | |
| STATE FARM FIRE AND CASUALTY COMPANY, | : | |
| Defendant | : | |

**ORDER**

**AND NOW**, to wit, this 20 day of February 2024, for the reasons set forth in an accompanying memorandum, it is hereby **ORDERED** that Defendant State Farm Fire and Casualty Company's motion for summary judgment (Doc. 23) is **DENIED**.

BY THE COURT:

_____
JUDGE JULIA K. MUNLEY
United States District Court